UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD HOWARD,

    Plaintiff,

v.

    Case No. 21-cv-12036

    HON. MARK A. GOLDSMITH

DALE COLLINS, et al.,

    Defendants.

_____/

### ORDER REGARDING FACILITATION

As discussed during the April 17, 2023 status conference, the parties must engage a facilitator of their choosing and complete facilitation by July 17, 2023. By that date, the parties must notify the Court's case manager, Karri Sandusky, by email (karri_sandusky@mied.uscourts.gov) whether the case has settled.

SO ORDERED.

Dated: April 21, 2023      s/Mark A. Goldsmith
   Detroit, Michigan      MARK A. GOLDSMITH
    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2023.

    s/Holly Ryan
    Case Manager, in the absence of
    Karri Sandusky